UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LARRY BANNISTER                                        CIVIL ACTION

VERSUS                                                  16-261-SDD-EWD

TURNER, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 30, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's action is hereby DISMISSED with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to any right Plaintiff may have to pursue federal *habeas corpus* relief upon the exhaustion of state court remedies.

**IT IS FURTHER ORDERED** that the Court declines supplemental jurisdiction relative to Plaintiff's potential state law claims.

Signed in Baton Rouge, Louisiana the 24 day of September, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.